# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Michael Reaves,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Verizon Wireless; and DOES 1-10, inclusive,<br><br>　　　　　　Defendant. | Civil Action No.: 3:13-cv-01483-AET-TJB |

*So Ordered*
*[signature] Anne E. Thompson, U.S.D.J.*
*5/22/13*

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
## PURSUANT TO RULE 41(a)

Michael Reaves ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 21, 2013

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: /s/ Sofia Balile_____

　　　　　　　　　　　　　　　　　　　　Sofia Balile, Esq.
　　　　　　　　　　　　　　　　　　　　Lemberg & Associates LLC
　　　　　　　　　　　　　　　　　　　　1100 Summer Street
　　　　　　　　　　　　　　　　　　　　Stamford, CT 06905
　　　　　　　　　　　　　　　　　　　　Phone: (917) 981-0849
　　　　　　　　　　　　　　　　　　　　Facsimile: (203) 653-3424
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

**RECEIVED**

**MAY 2 2 2013**

AT 8:30_____M
WILLIAM T. WALSH CLERK

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2013, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of New Jersey Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sofia Balile

Sofia Balile